**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SEROZH NAZARI,<br><br>    Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>    Respondent. | No. 12-73813<br><br>Agency No. A098-463-029<br><br>MEMORANDUM* |

On Petition for Review of Order of the
Board of Immigration Appeals

Submitted November 6, 2015**
Pasadena, California

Before:  GRABER and GOULD, Circuit Judges, and DANIEL,*** Senior District
    Judge.

Petitioner Serozh Nazari, a native and citizen of Iran, seeks review of a

decision of the Board of Immigration Appeals ("BIA"):  its dismissal of his appeal

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes that this case is suitable for decision
without oral argument.  Fed. R. App. P. 34(a)(2).

\*\*\* The Honorable Wiley Y. Daniel, Senior United States District Judge for
the District of Colorado, sitting by designation.

of a removal order denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture. Reviewing for substantial evidence the BIA's dismissal of Petitioner's appeal, *Ahmed v. Keisler*, 504 F.3d 1183, 1191 (9th Cir. 2007), we deny the petition.

1. Substantial evidence supports the BIA's conclusion that Petitioner firmly resettled in Germany, where he was granted asylum and received an unlimited residency permit.

2. Substantial evidence supports the BIA's conclusion that the harm Petitioner suffered in Germany did not rise to the level of past persecution and that Petitioner did not establish a well-founded fear of future persecution or a likelihood of torture.

**Petition DENIED.**